BOROUGH OF BOGOTA v. PENN CENTRAL CO.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EARL ARTIS HUNTER.

March 2, 1971. Petition for certification denied.

TEXAS EASTERN TRANSMISSION CORP. v.
BOROUGH OF CARTERET, *ET AL.*

March 2, 1971. Petition for certification granted.

DENNIS BEARS, *ETC.*, *ET AL.*, v. PAUL WALLACE, *ET AL.*

March 2, 1971. Petition for certification granted. (See 112 *N. J. Super.* 210).

VINCENT GUGLIOTTA v. PAUL WALLACE, *ET AL.*

March 2, 1971. Petition for certification denied.

ANTHONY CASALE v. DANIEL FITZIN.

March 2, 1971. Petition for certification denied.